JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**ORIGINAL**

2009 JUL 15 A II: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RMW

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **CR -09  00716** |
| Plaintiff, | |
| v. | VIOLATIONS: 18 U.S.C. § 1544 - Misuse of Passport and 18 U.S.C. § 982(a)(6)(A) - Forfeiture |
| VICTORIA PUNTANILLA, | |
| Defendant. | SAN JOSE VENUE |

PVT

INFORMATION

The United States Attorney charges:

On or about May 21, 2004, in the Northern District of California, the defendant,

VICTORIA PUNTANILLA,

did willfully and knowingly use a United States passport No. 05442880, which passport had been issued and designed for the use of one person, to wit, Corazon Supangan, in that the defendant presented the said passport to an Inspector of the Immigration and Naturalization Service of the United States at San Francisco International Airport, to gain entry for another person into the United States, to wit: Petra Dominguez, in violation of Title 18, United States Code, Section 1544.

INFORMATION

FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(6)(A) - Forfeiture)

Upon a conviction of the offense alleged above, defendant

VICTORIA PUNTANILLA,

shall forfeit to the United States all property (real and personal) that constitutes, and is derived from, and is traceable to the proceeds obtained directly and indirectly from the commission of the offense of conviction; and all property (real or personal) used and intended to be used to facilitate, the commission of the offense of conviction.

If any of the aforementioned property, as a result of any act or omission of the defendant

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

any and all interest defendant has in other property (not to exceed the value of the above forfeitable property) shall be vested in the United States and forfeited to the United States pursuant to Title 18, United States Code, Sections 982(a)(6)(A) and Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

DATED: 7/14/09

JOSEPH P. RUSSONIELLO
United States Attorney

JEFFREY D. NEDROW
Deputy Chief, San Jose Office

(Approved as to form: _____)
AUSA SCHENK

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. Section 1544 - Misuse of Passport and 18 U.S.C. Section 982(a)(6)(A) - Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**PENALTY:**
10 years imprisonment
3 year Supervised Release
$250,000 fine
$100 special assessment

**DEFENDANT - U.S.**

FILED

▶ VICTORIA PUNTANILLA

2009 JUL 15 A 11: 55

**DISTRICT COURT NUMBER**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CAL. S.J.

CR - 09  00716

RMW

PVT

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
US Department of State & Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

**DEFENDANT**

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

} If "Yes" give date filed ___

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: ___

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ___

Before Judge: ___

Comments: