## PROPOSED ORDER/COVER SHEET

DEC 2009

TO:    Honorable Patricia Trumbull          RE:    Victoria Puntanilla
       U.S. Magistrate Judge

FROM:  Richard W. Wieking, Acting Chief      DOCKET NO.:    CR09-00716-RMW
       U.S. Pretrial Services Officer

DATE:  December 9, 2009

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Laura Weigel_____                    _____408-535-5230_____
U.S. Pretrial Services Officer                      TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge_____ Presiding District Court Judge_____

☑    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑    Modification(s)

     A. The defendant shall participate in mental health counseling, as directed by Pretrial Services.

     B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

_____

_____          ____12/10/09____
JUDICIAL OFFICER                           DATE

Cover Sheet (06/02/08)