*E-FILED - 12/23/09*

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>VICTORIA PUNTANILLA,<br><br>              Defendant. | Case No.  CR 09-0716 RMW<br><br>XXXXXXXX **PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on October 29, 2009, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that, a money judgment in the amount of $150,000 shall be entered against defendant as the amount of proceeds obtained directly and indirectly from the commission of the offense of conviction and all property (real or personal) used and intended to be used to facilitate the commission of the offense of conviction, and thus forfeitable to the United States pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A).

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the forfeited property forthwith.

IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture in the form of a money judgment in the amount of $150,000, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A).

IT IS SO ORDERED this __23__ day of __DECEMBER__ 2009.

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

XXXXX PRELIMINARY ORDER OF FORFEITURE                                            2
CR 09-0716 RMW