SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant
VICTORIA PUNTANILLA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR09-00716-RMW |
| Plaintiff, | **DEFENDANT'S POSITION RE: SENTENCING** |
| vs. | |
| VICTORIA PUNTANILLA, | **DATE: August 23, 2010** <br> **TIME: 9:00 a.m.** |
| Defendant. | |

The defendant, Victoria Puntanilla, appears before the Court for sentencing following her plea of guilty to a one count information for violation of 18 United States Code Section 1544, misuse of a passport. The plea was pursuant to a plea agreement under Rule 11 (c)(1)(C), Federal Rules of Criminal Procedure.

Pursuant to the plea agreement, the parties negotiated a contemplated disposition of 15 months imprisonment, supervised release, payment of a special assessment and an order of forfeiture of $150,000.00.

The probation officer has recommended a sentence of 24 months based upon a three level enhancement for number of passports involved pursuant to USSG 2L2.1(b)(2)(A). As noted by the government in its sentencing memorandum, "The government chose not to apply this enhancement, instead limiting its application of guideline enhancements to conduct admitted to by the defendant within the factual basis for her plea and negotiated by the parties in

-1-
**POSITION RE: SENTENCING**

good faith." Government's Sentencing Memorandum at pg. 3.  As noted, the parties "negotiated in good faith" to arrive at a stipulated disposition and the defendant would request this Court to follow the guideline calculation and recommendations of the parties as contemplated in the plea agreement.

The defendant is 56 years old with no criminal history points. She will be required to serve a sentence of imprisonment which will result in her separation from her family and friends as well as the loss of her job, and potentially her nursing license, as an LVN.

As noted by the probation officer, the defendant suffers from serious medical and mental health issues. Considering the 3553(a) factors the Court must address, and the government's concurrence, counsel respectfully suggests that the negotiated sentence of 15 months is reasonable.

Dated:  August 18, 2010

/s/ Scott S. Furstman

_____

SCOTT S. FURSTMAN
Attorney for Defendant,

**POSITION RE: SENTENCING**

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is: 510 North Third Street, San Jose, CA 95112.  On August 18, 2010, I served a copy of the document(s) described below:

( **X** )   [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]    By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]    By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

(   )   [BY FACSIMILE TRANSMISSION]    By faxing to the following number:

**POSITION RE: SENTENCING**

in the manner identified above on those persons listed below:

**Jeffrey B. Schenk, AUSA**
**150 S. Almaden Blvd., Suite  900**
**San Jose, CA  95113**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 18, 2010, at San Jose, California.

/s/ Scott S. Furstman

_____
SCOTT S. FURSTMAN