**\*E-FILED \***

**CRIMINAL MINUTE ORDER**

**JUDGE:**  Ronald M. Whyte                      **REPORTER:** Summer Fisher

**DATE:**  August 23, 2010                       **TIME:** 9:00 am    *(Time: 20 mins.)*

**CRIMINAL NO.:** CR-09-00716-RMW

**TITLE:** UNITED STATES OF AMERICA        -v- VICTORIA PUNTANILLA      (P)
          **APPEARANCES:**

**PLTF:** AUSA: J. Schenk                       **DEFT:** S. Furstman
**PROBATION OFFICER: A. Raya**

**COURT ACTION:** JUDGMENT AND SENTENCING

**Hearing Held.  Defendant is sentenced to the custody of the B.O.P. for a period of 15 months as to Count 1 of the Information.  Upon release from custody, the defendant shall be placed on supervised release for a period 3 years.  The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately.  The Court did not impose a fine.  The defendant shall forfeit to the government a money judgment in the amount of $150,000.  The defendant is ordered to self surrender to the designated facility by 10/26/10 by 2:00 pm.  See Judgment for specifics.**

*/s/ Jackie Garcia*
    JACKIE GARCIA
  **Courtroom Deputy**