# CA✝HEDRAL OF FAITH

• Where Everyone is Welcome   • Where Nobody is Perfect • Where Anything is Possible   • Where The Love Is Lived Out

September 11, 2012

**Filed**

**SEP 2 7 2012**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re:  Victoria Puntanila

TO WHOM IT MAY CONCERN:

My name is Beverly Jaime and I am a part of the Cathedral of Faith pastoral staff.  I am writing a letter of character reference for Victoria Puntanila who has been a part of the church since 2007.

I met Victoria when she was facing the consequences of wrong choices she made.   It is very commendable that she has faced her responsibility to make things right and has lived through the penalty.

Now she stands at a new beginning.  Having lost her dream of working in the nursing profession, she is poised to do what she can to be reinstated.  When Victoria asked me to write her a letter of character recommendation, I asked her to provide me with the names of previous employers, professionals, family and friends to supplement my character witness.

In all of the discussions I have had with people who have known Victoria as little as eight to ten months to as long as forty-two years, I have been told of Victoria's moral character, her reliability, productivity, pleasant attitude, her ability to relate to multicultural people and never causing any issues.

My encounters with Victoria reflect the same character.  Victoria has made a mistake, but that doesn't mean that she is a mistake.  I trust that as you review her file you will have an open mind to view Victoria not from a short brief window of her life, but the entirety of her life story.

Thank you for your attention in this matter.  If you have any questions, please feel free to contact me at the Cathedral of Faith office at (508) 267-4691, ext. 3003.

Sincerely Yours,

Beverly Jaime
Associate Pastor

BJ/bmj