```
STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail:robert_carlin@fd.org

Counsel for Defendant,
VICTORIA PUNTANILLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00716-RMW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS CONFERENCE/SENTENCING HEARING; [] ORDER** |
| ) | |
| vs. ) | |
| ) | |
| VICTORIA PUNTANILLA, ) | |
| ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Schenk, and Defendant VICTORIA PUNTANILLA ("Ms. Puntanilla"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the Status Conference/Sentencing Hearing in this case should be continued from June 10 to June 24, 2013, at 9:00 a.m.

1. On January 7, 2013, Ms. Puntanilla appeared before this Honorable Court and admitted four violations of her supervised release conditions (allegations 1,3, 4 and 7 of the Amended Form 12 Petition).

2. The Court scheduled a Status Conference/Sentencing Hearing for June 10, 2013, at 9:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER                              1

3. Due to some unexpected circumstances, Counsel for Ms. Puntanilla needs to attend to some family related matters on the morning of June 10, 2013, and therefore it is respectfully requested that the Status Conference/Sentencing Hearing be continued as requested.

4. Counsel has consulted with Ms. Puntanilla's supervising United States Probation Officer Malik Ricard, and he is not opposed to the requested continuance and is available on June 24, 2013.

5. Accordingly, the parties request that the Status Conference/Sentencing Hearing be continued to June 24, 2013, at 9:00 a.m.

IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        STEVEN G. KALAR
                                        Federal Public Defender

                                        /s/
                                        _____
Dated: June 6, 2013            ROBERT CARLIN
                                        Assistant Federal Public Defender

                                        UNITED STATES ATTORNEY

                                        /s/
Dated: June 6, 2013            _____
                                        JEFFREY SCHENK
                                        Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant,
VICTORIA PUNTANILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                  )<br>            Plaintiff,             )<br>                                                  )<br> vs.                                          )<br>                                                  )<br> VICTORIA PUNTANILLA,     )<br>                                                  )<br>            Defendant.          )<br> _____ | No. CR 09-00716-RMW<br><br>**[] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE/SENTENCING HEARING** |

   1. On January 7, 2013, Ms. Puntanilla appeared before this Court and admitted four violations of her supervised release conditions (allegations 1,3, 4 and 7 of the Amended Form 12 Petition).

   2. The Court scheduled a Status Conference/Sentencing Hearing for June 10, 2013, at 9:00 a.m.

   3. Due to some unexpected circumstances, Counsel for Ms. Puntanilla needs to attend to some family related matters on the morning of June 10, 2013, and the parties have requested a continuance of the Status Conference/Sentencing Hearing.

///

///

STIPULATION TO CONTINUE HEARING;
[] ORDER                                              3

1     4. Counsel has consulted with Ms. Puntanilla's supervising United States Probation Officer Malik Ricard, and the latter is not opposed to the requested continuance and is available on June 24, 2013.

    5. Accordingly, the Status Conference/Sentencing Hearing shall be continued to June 24, 2013, at 9:00 a.m.

    IT IS SO ORDERED.

Dated: _____     *Ronald M. Whyte*
                                      HON. RONALD M. WHYTE
                                      United States District Judge