1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail:robert_carlin@fd.org
5
   Counsel for Defendant
6  VICTORIA PUNTANILLA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,           )   No. CR 09-00716-RMW
13                                     )
             Plaintiff,                )   **STIPULATION TO CONTINUE STATUS**
14                                     )   **CONFERENCE; [] ORDER**
   vs.                                 )
15                                     )
   VICTORIA PUNTANILLA,                )
16                                     )
             Defendant.                )
17 _____

18

19     Plaintiff United States of America, by and through Assistant United States Attorney

20 Jeffrey Schenk, and Defendant VICTORIA PUNTANILLA ("Ms. Puntanilla"), by and through

21 her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

22 Status Conference/Sentencing Hearing in this case should be continued from August 18 to

23 October 6, 2014, at 9:00 a.m.

24     1. On June 11, 2014, United States Probation ("Probation") filed a Petition for Summons

25 for Offender Under Supervision ("Form 12"), which alleges that Ms. Puntanilla has violated the

26 terms and conditions of her supervised release.

1

2. On July 7, 2014, Ms. Puntanilla made her first appearance on the Form 12 before this Honorable Court, at which time the Court ordered that discovery be provided and another status conference was scheduled for August 18, 2014.

3. The first, and arguably most serious, violation alleged in the Form 12 involves the allegation that Ms. Puntanilla forged and then cashed a check that belonged to a former tenant. According to the Form 12, this conduct is currently under investigation and a state prosecution is forthcoming. Since the outcome of any state prosecution would likely be significant to the disposition of the Form 12 in this Honorable Court, the parties believe that it would be advantageous to continue the currently scheduled status conference in order to ascertain the status of the state proceedings.

4. Counsel has consulted with Ms. Puntanilla's supervising United States Probation Officer Malik Ricard, and he is not opposed to the requested continuance.

5. Accordingly, the parties request that the status conference be continued to October 6, 2014, at 9:00 a.m.

IT IS SO STIPULATED.

                                                     Respectfully submitted,

                                                     STEVEN G. KALAR  
                                                   Federal Public Defender

Dated: August 14, 2014                     _____/s/_____  
                                                   ROBERT CARLIN  
                                                 Assistant Federal Public Defender

                                                 UNITED STATES ATTORNEY

Dated: August 14, 2014                     \_\_/s/_____  
                                                 JEFFREY SCHENK  
                                                 Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
VICTORIA PUNTANILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00716-RMW |
| ) | |
| Plaintiff, ) | **[] ORDER ON** |
| ) | **STIPULATION TO CONTINUE STATUS** |
| vs. ) | |
| ) | |
| VICTORIA PUNTANILLA, ) | |
| ) | |
| Defendant. ) | |

    1. On June 11, 2014, United States Probation ("Probation") filed a Petition for Summons for Offender Under Supervision ("Form 12"), which alleges that Ms. Puntanilla has violated the terms and conditions of her supervised release.

    2. On July 7, 2014, Ms. Puntanilla made her first appearance on the Form 12 before this Court, at which time the Court ordered that discovery be provided and another status conference was scheduled for August 18, 2014.

    3. The first, and arguably most serious, violation alleged in the Form 12 involves the allegation that Ms. Puntanilla forged and then cashed a check that belonged to a former tenant.

1   According to the Form 12, this conduct is currently under investigation and a state prosecution is
2   forthcoming.  Since the outcome of any state prosecution would likely be significant to the
3   disposition of the Form 12 in this Court, the parties believe that it would be advantageous to
4   continue the currently scheduled status conference in order to ascertain the status of the state
5   proceedings.
6       4. Counsel has consulted with Ms. Puntanilla's supervising United States Probation
7   Officer Malik Ricard, and he is not opposed to the requested continuance.
8       5. Accordingly, the status conference shall be continued to October 6, 2014, at 9:00 a.m.

   IT IS SO ORDERED.

Dated: _____   _____
                                   HON. RONALD M. WHYTE
                                   United States District Judge

4