1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753                    E-FILED
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  VICTORIA PUNTANILLA

7

8

9                IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,        )    No. CR 09-00716-RMW
                                     )
13                     Plaintiff,    )    **STIPULATION TO VACATE HEARING**
                                     )    **ON MOTION TO DISMISS;**
14  vs.                              )    **[] ORDER**
                                     )
15  VICTORIA PUNTANILLA,             )
                                     )
16                     Defendant.    )
                                     )
17  _____)

18          Plaintiff United States of America, by and through Assistant United States Attorney

19  Jeffrey Schenk, and Defendant VICTORIA PUNTANILLA ("Ms. Puntanilla"), by and through

20  her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

21  date for a hearing on a Petition For Summons for Offender Under Supervision ("Probation Form

22  12") should be vacated.

23          1.  On June 11, 2014, United States Probation ("Probation') filed a Form 12, which

24  alleged several violations of the terms and conditions of Ms. Puntanilla's supervised release.

25          2.  The matter is currently scheduled for a contested hearing on the Form 12 allegations,

26  on November 4, 2014, at 9:00 a.m.

                                      1

3.  On October 29, 2014, the parties agreed to a mutually satisfactory resolution of the pending Form 12 allegations, and Ms. Puntanilla now intends to admit some of those allegations and the government has agreed not to pursue the remainder.  There is no longer any need for a specially set hearing before the Court on November 4, 2014.

4.  Accordingly, the parties are respectfully requesting that this Honorable Court vacate the hearing on November 4, 2014, and continue the matter to November 10, at 9:00 a.m., at which time Ms. Puntanilla will appear before the Court and admit some of the violations and request a sentencing date.

5.  Counsel have conferred with Malik Ricard, Ms. Puntanilla's supervising Probation Officer at the time of the alleged violations, and the author of the Form 12, and he is accord with the requested continuance and is available to appear on November 10, 2014, at 9:00 a.m.

6.  Accordingly, the parties request that the November 4 hearing be vacated, and that the matter be continued to November 10, 2014, at 9:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

Dated: October 29, 2014                    _____/s/_____
                                           ROBERT CARLIN
                                           Assistant Federal Public Defender

                                           UNITED STATES ATTORNEY

Dated: October 29, 2014                    _____/s/_____
                                           JEFFREY SCHENK
                                           Assistant United States Attorney

1   STEVEN G. KALAR
    Federal Public Defender
2   ROBERT CARLIN
    Assistant Federal Public Defender
3   55 South Market Street, Suite 820
    San Jose, CA  95113
4   Telephone:  (408) 291-7753
    E-mail: robert_carlin@fd.org
5
    Counsel for Defendant
6   VICTORIA PUNTANILLA

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12                                    )
    UNITED STATES OF AMERICA,         )      No. No. CR 09-00716-RMW
13                                    )
                    Plaintiff,        )      [] **ORDER**
14                                    )
    vs.                               )
15                                    )
    VICTORIA PUNTANILLA,              )
16                                    )
                    Defendant.        )
17   _____ )

18

19
            1.  On June 11, 2014, United States Probation ("Probation') filed a Form 12, which
20
    alleged several violations of the terms and conditions of Ms. Puntanilla's supervised release.
21
            2.  The matter is currently scheduled for a contested hearing on the Form 12 allegations,
22
    on November 4, 2014, at 9:00 a.m.
23
            3.  On October 29, 2014, the parties agreed to a mutually satisfactory resolution of the
24
    pending Form 12 allegations, and Ms. Puntanilla now intends to admit some of those allegations
25
    and the government has agreed not to pursue the remainder.  There is no longer any need for a
26

                                            3

1   specially set hearing before the Court on November 4, 2014.

2       4.   Accordingly, the parties have requested that the hearing currently scheduled for

3   November 4, 2014 be vacated, and further that the matter be continued to November 10, at 9:00

4   a.m., at which time Ms. Puntanilla will appear before the Court and admit some of the violations

5   and request a sentencing date.

6       5.  Counsel have conferred with Malik Ricard, Ms. Puntanilla's supervising Probation

7   Officer at the time of the alleged violations, and the author of the Form 12, and he is accord with

8   the requested continuance and is available to appear on November 10, 2014, at 9:00 a.m.

9       6.  Good cause having been shown, the hearing previously scheduled for November 4,

10  2014, shall be vacated.  The matter will be continued to November 10, 2014, at 9:00 a.m.

11      IT IS SO ORDERED.

12

13  Dated: _____

14                                                      HON. RONALD M. WHYTE
                                                        United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26